# Exhibit 3

IN THE CIRCUIT COURT
OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CASE # 2011-6583-CA-01

FRANCKLIN E. MICHEL,

    Plaintiffs

v.                                      **FIRST AMENDED COMPLAINT**

SECURITY ALLIANCE OF
FLORIDA, LLC, a Florida corporation

    Defendant

_____/

THE ORIGINAL FILED
IN THE OFFICE OF THE CLERK
LOC # 23
CIRCUIT & COUNTY COURTS
DADE COUNTY, FLORIDA
MAR 1 4 2011
ON _____

## PRELIMINARY STATEMENT

1. Subject-matter jurisdiction is proper since this is an action for more than $15,000 dollars exclusive of attorney's fees, interests and court costs.
2. Personal jurisdiction is proper as SECURITY ALLIANCE OF FLORIDA, LLC, is located in Miami-Dade County,.
3. Venue is proper as SECURITY ALLIANCE OF FLORIDA, LLC, is located in Miami-Dade County,.
4. Plaintiff started working for SECURITY ALLIANCE OF FLORIDA, LLC, a Florida corporation on or about April 1, 2005.
5. On or about June 28, 2007 Plaintiff had been working approximately 40 hours per week and earning approx. $12,99 dollars.
6. Plaintiff is Black.
7. On or about May 4, 2007 Plaintiff filed EEOC Charge #510-2007-03592 alleging Disability discrimination by Defendant, his employer. See Exhibit "A"
8. This case was investigated by EEOC investigator Adrianne Baron.
9. On or about September 28, 2007 Plaintiff filed EEOC Charge #510-2007-06196 alleging Retaliation by SECURITY ALLIANCE OF FLORIDA, LLC, his employer.
10. This case was investigated by EEOC investigator Adrianne Baron.
11. On or about September 28, 2007 Plaintiff filed EEOC Charge #510-2007-06196 alleging Retaliation by Defendant, his employer. See Exhibit "B"
12. On or about January 10, 2008 Plaintiff's counsel, Erwin Rosenberg, sent a fax to Defendant's Erik Camacho, a supervisor, at Fax (305) 670-6545, and emailed a copy to Adrianne Baron, referencing the above-mentioned EEOC charges as well as making a claim of religious discrimination on behalf of Plaintiff, and demanding that Defendant cease and desist all retaliation against Plaintiff. See Exhibit "C"
13. On or about January 28, 2008 a SECURITY ALLIANCE OF FLORIDA, LLC supervisor by the name of Mr. Poor came to Plaintiff's post and told him that Plaintiff had to leave already, effectively terminating Plaintiff's employment.

1

14.     SECURITY ALLIANCE OF FLORIDA, LLC's retaliatory behavior caused Plaintiff damages in the form of lost income.

15.     SECURITY ALLIANCE OF FLORIDA, LLC deprived Plaintiffs of Plaintiffs' right to contract and/or enforce contracts in violation of 42 U.S.C. § 1981.

16.     As a result of SECURITY ALLIANCE OF FLORIDA, LLC's deprivation of Plaintiff's right to contract and/or enforce contracts in violation of 42 U.S.C. § 1981, Plaintiff has suffered economic damages such as lost profits as well as non-economic damages such as loss of dignity and loss of enjoyment of life.

17. Wherefore comes Plaintiff and sues SECURITY ALLIANCE OF FLORIDA, LLC for violation the Retaliation prohibition embodied in of 42 U.S.C. § 1981 and demands compensatory damages, reinstatement, as well as the payment to Plaintiffs of costs and reasonable attorney's fees.

### CLAIM 1: RETALIATION CLAIM UNDER 42 U.S.C. 1981 AGAINST SECURITY ALLIANCE OF FLORIDA, LLC ("SAF") REGARDING BEHAVIOR DESCRIBED IN EXHIBIT "B"

18.     Plaintiff hereby re-alleges paragraphs 1 through 17.

19.     The charging document in Exhibit "B" shows that Defendant retaliated against Plaintiff on September 25, 2007.

20.     Wherefore comes Plaintiff and sues Defendant for Retaliation under 42 U.S.C. 1981 and demands compensatory damages.

### CLAIM 2: RETALIATION CLAIM UNDER 42 U.S.C. 1981 AGAINST SECURITY ALLIANCE OF FLORIDA, LLC ("SAF") REGARDING JANUARY 28, 2008 REMOVAL FROM JOB

20.     Plaintiff hereby re-alleges paragraphs 1 through 17.

21.     Wherefore comes Plaintiff and sues Defendant for Retaliation under 42 U.S.C. 1981 FOR THE REMOVAL OF Plaintiff from his job on January 28, 2008 and demands compensatory damages.

### NOTICE OF APPEARANCE

I hereby appear as Attorney for Plaintiff.

Respectfully Submitted,

Erwin Rosenberg, Esq.
The Florida Bar #163279
P.O. Box 416433
Miami Beach, FL 33141
Tel 786-299-2789
Fax 305-468-6552

2

5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 510-2007-03592 |

_____ State or local Agency, if any _____ and EEOC

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Franklin Michel | (786) 343-0659 | 01-23-1966 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1150 Nw 135 Street, | North Miami, FL 33168 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| SECURITY ALLIANCE | 15 - 100 | (305) 418-5006 |

| Street Address | City, State and ZIP Code |
|---|---|
| 8323 Nw 12th Street, Suite 218, | Doral, FL 33126 |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ OTHER (Specify below.)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 05-03-2007     Latest: 05-03-2007
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I.   On May 3, 2007, Mr. Maghee sent me home from work with out pay. After taking a physical test for another job, I returned to work and was confronted by Mr. Maghee. Mr. Maghee stated that he thought I was a safety hazard to the workplace and perceived me as being disabled. After I left the premises, I was advised by another co-worker that Mr. Maghee was telling all the employees about my confidential medical records.

II.  Mr. Maghee sent me home and told me I could not return until I bring him my x-rays.

III. I believe that I was discriminated against because Respondent perceived me as being disabled, in violation of the American with Disabilities Act of 1990.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – When necessary for State and Local Agency Requirements

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

May 04, 2007
Date — Charging Party Signature

EXHIBIT "A"

m 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 510-2007-06196 |

and EEOC

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Franklin Michel | (786) 343-0659 | 01-23-1966 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1150 Nw 135 Street, Miami, FL 33168 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| SECURITY ALLIANCE | 15 - 100 | (305) 670-6544 |

| Street Address | City, State and ZIP Code |
|---|---|
| 8323 Nw 12th Street, Doral, FL 33126 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 09-25-2007    Latest: 09-25-2007

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. In retaliation for filing a previous EEOC Charge 510-2007-03592, my assignment was changed to a location that is much farther from my home and I was threatened with termination on September 25, 2007.

II. Mr. Eric Camacho would not give me a reason for changing my duty assignment.

III. I believe that I have been discriminated against in violation of Title VII of the Civil Rights Act of 1984 as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – When necessary for State and Local Agency Requirements

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

09-28-07
Date

Charging Party Signature

EXHIBIT "B"

# ATTORNEY ERWIN ROSENBERG

P.O. Box 416433
Miami Beach, FL 33141
Tel 786-299-2789
Fax 305-397-1615
E-mail: attyerwinr@aol.com

January 10, 2008

To: Dale McGhee and Erik Camacho
Security Alliance
Doral, Florida
Tel 305-670-6544
Fax 305-670-6545

**RE: Francklin Michel**

Mr. McGhee and Mr. Camacho:

I am writing to you as attorney for Mr. Francklin Michel in reference to his claims of discrimination and retaliation filed as EEOC #510-2007-03592 and 510-2007-06196 as well as his claim for discrimination on the basis of religion for your intentional refusal to provide Mr. Francklin with reasonable accommodation after he stated upon his hiring his honest religious belief in going to Church on Sunday, reinforced by his long term not-working on Sunday (since prior to your taking over of this County contract), and reinforced by a communication on this topic made to you on his behalf by EEOC investigator Adrienne Baron.

On behalf of Mr. Francklin I hereby demand that you cease and desist of any and all retaliation and take immediate corrective action to restore Mr. Francklin to his status prior to your retaliation (making him work at least an additional 20 minutes drive away from his home, reducing his wages, and making him work on Sunday). Furthermore, demand is hereby made for payment of a negotiated amount of economic and non-economic damages. If you have liability insurance, please notify the insurer and provide me with the insurer information, as required by Florida law.

Thank you,

Erwin Rosenberg, Esq.

Cc: Adrienne Baron, EEOC, Adrienne.Baron@eeoc.gov

Exhibit "C"