UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-21127-CIV-HUCK/BANDSTRA

FRANCKLIN E. MICHEL,

    Plaintiff,

v.

SECURITY ALLIANCE OF FLORIDA, LLC,
a Florida corporation,

    Defendant.
_____/

## ORDER GRANTING AMENDED MOTION FOR LEAVE TO AMEND; DENYING MOTION TO DISMISS FIRST AMENDED COMPLAINT AS MOOT

    THIS MATTER comes before the Court upon Plaintiff's Amended Motion for Leave to Amend the Complaint in Accordance with the Incorporated Proposed Second Amended Complaint (D.E. #13), filed May 5, 2011.  The Court has reviewed the Motion, Defendant's Response, and is otherwise duly advised in the premises. Accordingly, it is hereby

    ORDERED that Plaintiff's Motion is GRANTED.  Plaintiff shall file its Second Amended Complaint, in accordance with the Proposed Second Amended Complaint attached to its Motion, by **Monday, May 23, 2011.**  Because the Court has given Plaintiff leave to file his Second Amended Complaint, it is further

    ORDERED that Defendant's Motion to Dismiss First Amended Complaint is DENIED as moot.  The Court does not comment on the viability of Plaintiff's 42 U.S.C. § 1981 claims at this time, and the parties should not construe this Order as a comment on those claims.

    DONE in Chambers, Miami, Florida, on May 18, 2011.

Paul C. Huck
United States District Judge

Copies furnished to:
Counsel of Record