UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-21127-CIV-HUCK/BANDSTRA

FRANCKLIN E. MICHEL,

    Plaintiff,

v.

SECURITY ALLIANCE OF FLORIDA, LLC,
a Florida corporation,

    Defendant.
_____/

## ORDER DENYING MOTION FOR SANCTIONS

THIS MATTER comes before the Court upon Defendant's Motion for Sanctions and Incorporated Memorandum of Law. The Court has reviewed the Motion and is otherwise duly advised in the premises. Accordingly, it is hereby

ORDERED that Defendant's Motion is DENIED WITHOUT PREJUDICE. As the Court has allowed Plaintiff to file a Second Amended Complaint, Defendant's Motion for Sanctions is premature at this time. As noted in the Court's previous Order Granting Amended Motion for Leave to Amend and Denying Defendant's Motion to Dismiss First Amended Complaint as Moot, the Court does not a comment on the viability of Plaintiff's 42 U.S.C. § 1981 claims at this time, and the parties should not construe the present Order as a comment on those claims.

DONE in Chambers, Miami, Florida, on June 1, 2011.

                                                      Paul C. Huck
                                                      United States District Judge

Copies furnished to:
Counsel of Record